PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
LAURA JEAN BERGER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL CHAVEZ ZAMORA ET AL.,<br><br>Defendants. | CASE NO. 1:19-CR-00226-DAD-BAM<br><br>STIPULATION TO CONTINUE SENTENCING DATE; ORDER<br><br>DATE: July 25, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on July 25, 2022.

2. By this stipulation, defendants now move to continue the sentencing until September 19, 2022. As this is a sentencing and a change of plea has already been entered, no exclusion of time under the Speedy Trial Act is required.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendants desire additional time to work with defendants and with Probation in preparation for sentencing.

   b) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into

account the exercise of due diligence.

        c)    The government does not object to the continuance.

IT IS SO STIPULATED.

Dated:  June 15, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ LAURA JEAN BERGER
LAURA JEAN BERGER
Assistant United States Attorney

Dated:  June 15, 2022

/s/ JANAY KINDER
JANAY KINDER
Counsel for Defendant
GABRIEL CHAVEZ ZAMORA

Dated:  June 15, 2022

/s/ AMANDA MORAN
AMANDA MORAN
Counsel for Defendant
VALDEMAR ZAMORA
APARICIO

**ORDER**

Pursuant to the parties' stipulation, the sentencing hearing previously scheduled for July 25, 2022, is vacated and this case as to both defendants is now scheduled for sentencing on September 19, 2022, at 9:00 a.m. before the assigned district judge.

IT IS SO ORDERED.

Dated:  **June 16, 2022**

UNITED STATES DISTRICT JUDGE