Amanda K. Moran, SBN 311090
Janay D. Kinder, SBN 317344
1330 "L" Street, Suite A
Fresno, CA 93721
Telephone:  (559) 264-2688
Facsimile:   (559) 264-2683

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>GABRIEL CHAVEZ ZAMORA ET AL.,<br><br>          Defendants. | CASE NO.  1:19-CR-00226 ADA-BAM<br><br>STIPULATION TO CONTINUE SENTENCING DATE;  ORDER<br><br>DATE: September 19, 2022<br>TIME: 08:30 a.m.<br>COURT: Hon. Ana de Alba |

**STIPULATION**

Defendants Gabriel Chavez Zamora and Valdemar Zamora, by and through their counsel of record, and plaintiff, by and through plaintiff's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on September 19, 2022.

2. By this stipulation, defendants now move to continue the sentencing until December 19, 2022. As this is a sentencing and a change of plea has already been entered, no exclusion of time under the Speedy Trial Act is required.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendants desire additional time to work with defendants and with Probation in preparation for sentencing.

    b) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c) The government does not object to the continuance.

1

1     IT IS SO STIPULATED.

3   Dated:  September 6, 2022                  PHILLIP A. TALBERT
                                                       United States Attorney

                                                       /s/ LAURA JEAN BERGER
                                                       LAURA JEAN BERGER
                                                       Assistant United States Attorney

Dated:  September 6, 2022                   /s/ JANAY KINDER
                                                       JANAY KINDER
                                                       Counsel for Defendant
                                                       GABRIEL CHAVEZ ZAMORA

Dated:  September 6, 2022                   /s/ AMANDA MORAN
                                                       AMANDA MORAN
                                                       Counsel for Defendant
                                                       VALDEMAR ZAMORA
                                                       APARICIO

IT IS SO ORDERED.

    Dated:   September 8, 2022

                                                  UNITED STATES DISTRICT JUDGE