PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL ZAMORA CHAVEZ, ET AL<br><br>Defendant. | CASE NO. 1:19-CR-00226 DAD-BAM<br><br>STIPULATION CONTINUING SENTENCING ORDER<br><br>DATE: December 19, 2022<br>TIME: 8:30 a.m.<br>COURT: Hon. Ana de Alba |

This case is set for sentencing on December 19, 2022. The parties stipulate and request that this sentencing date be continued to January 30, 2023 at 8:30 am. Defense counsel Moran has a conflict that arose during the week of December 12, 2022. The other parties have no objection to the continuance.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsels of record, hereby agree and stipulate as follows, and request that the Court find the following:

1. By previous order, this matter was set for a sentencing on December 19, 2022.

2. By this stipulation, the defendants now move to continue the sentencing to January 30, 2023.

3. The parties mutually agree and stipulate, and hereby request that the Court find the

1

following:

      a)     The parties reviewed the PSR and related sentencing documents and were prepared to proceed on December 19, 2022.

      b)     However, defense counsel Moran learned that a previously scheduled court proceeding set for the week of December 19, 2022, was in fact going to proceed. She only learned this during the week of December 12, 2022.

      c)     Defense counsel desires to have both of their clients sentenced at the same time.

4. A such, the parties request the Court to continue the sentencing to January 30, 2023.

IT IS SO STIPULATED.

Dated: December 14, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ KIMBERLY A. SANCHEZ
KIMBERLY A. SANCHEZ
Assistant United States Attorney

Dated: December 14, 2022

/s/ JANAY KINDER
JANAY KINDER
Counsel for Defendant Zamora Chavez

Dated: December 14, 2022

/s/ AMANDA MORAN
AMANDA MORAN
Counsel for Defendant Aparicio

IT IS SO ORDERED.

Dated: December 14, 2022

UNITED STATES DISTRICT JUDGE

2