1

2

3

4

5

6

7

8                                   UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,                    No.  1:19-cr-00226-ADA-BAM

12              Plaintiff,

13         v.                                       ORDER OF RECUSAL AND ORDER FOR
                                                    CLERK OF COURT TO REASSIGN CASE
14    GABRIEL ZAMORA CHAVEZ, et al.,

15              Defendants.

16

17         After review of this case, the undersigned believes it appropriate to recuse herself due to

18    the existence of a potential conflict, pursuant to 28 U.S.C. § 455(a).  Accordingly, the Clerk of

19    Court shall reassign this matter to District Judge Jennifer L. Thurston for all further proceedings,

20    making appropriate adjustments in the assignments of criminal cases to compensate for such

21    reassignment.

22

23

24    IT IS SO ORDERED.

25       Dated:    January 28, 2023

26                                                  _____
                                                    UNITED STATES DISTRICT JUDGE
27

28

                                                    1